

BEFORE THE FIRST DIVISION, DECEMBER 17, 1941

**No. 46680.**—Protest 946567–G of Fung Chong & Co. (San Francisco).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and following *Wing Duck* v. *United States* (6 Cust. Ct. 133, C. D. 446) the Chinese merchandise in question was held not to be distilled spirits and therefore not subject to said internal revenue tax; apricot kernels were held dutiable at 3 cents per pound under paragraph 762, following Abstract 34104; and crude drugs were held entitled to free entry under paragraph 1669 on the authority of Abstract 44821. The protest was therefore sustained to that extent.

**No. 46681.**—Protests 835312–G, etc., of Lenci Import, Ltd. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question consists of bodies, hoods, and forms or shapes, similar in all material respects to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 46682.**—Protests 2207–K, etc., of Seaboard Lumber Sales Co., Ltd. (Boston).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46683.**—Protests 2428–K, etc., of A. N. Deringer, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C.D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46684.**—Protests 10933–K, etc., of H. A. Goldstone Lumber Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of the *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46685.**—Protest 22279–K of Associated Timber Exporters, Ltd. (Honolulu).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was sustained to that extent.

**No. 46686.**—Protests 25532–K, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46687.**—Protests 30167–K, etc., of Seaboard Lumber Sales Co., Ltd. (Bridgeport).